O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO TATUM, | Case No. EDCV 08-01881-JFW (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| DR. LEWIS, | |
| Defendant | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1    Judgment is hereby entered dismissing Plaintiff's Eighth Amendment
2 deliberate indifference claim with prejudice and dismissing Plaintiff's state law
3 negligence claim without prejudice.

DATED: November 21, 2011

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge